CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
737 Tehama No. 3
San Francisco, CA 94103
Telephone: (415) 362-6252
Facsimile:  (415) 362-6431
E-mail: chris@sugarmanandcannon.com
Attorney for Defendant,
        TODD BALDWIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TODD BALDWIN,<br><br>    Defendant. | Case No. 5:24-CR-00582-BLF [VKD]<br><br>**STIPULATION AND [Proposed]<br>ORDER MODIFYING PRETRIAL<br>RELEASE CONDITIONS** |

After consultation with pretrial services in the Northern District of California and the Western District of Washington, it is hereby stipulated by and between counsel for the United States and counsel for the defendant, Todd BALDWIN, that BALDWIN's bond be modified to allow him to be in the yard of his home in Bremerton, WA, on Tuesday and Saturday from 9:00 a.m. until 11:30 a.m.  All other conditions of release remain in full force and effect.

When Baldwin is working on his home, he shall not knowingly communicate with any person under the age of 18.

IT IS SO STIPULATED.

DATED: September 11, 2025               *s/ Marissa Harris*
                                        Marissa Harris
                                        Assistant United States Attorney

DATED: September 11, 2025               *s/ Christopher J. Cannon*
                                        Christopher J. Cannon
                                        Counsel for Todd Baldwin

**IT IS SO ORDERED.**

DATED:   September 12, 2025             Hon. Judge Virginia DeMarchi
                                        United States Magistrate Judge