CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
737 Tehama No. 3
San Francisco, CA 94103
Telephone: (415) 362-6252
Facsimile: (415) 362-6431
chris@sugarmanandcannon.com
Attorney for Defendant, TODD BALDWIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIASAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TODD BALDWIN,<br><br>Defendant. | Case No. 5:24-CR-00582-BLF [VKD]<br><br>**STIPULATION AND [~~Proposed~~] ORDER MODIFYING PRETRIAL RELEASE CONDITIONS** |

After consultation with pretrial services in the Northern District of California and the Western District of Washington, it is hereby stipulated by and between counsel for the United States and counsel for the defendant, Todd BALDWIN, that BALDWIN's bond be modified to allow him to visit his mother in person at Cogir of Edmonds, 21500 72nd Ave. West, Edmonds, WA 98026, so that he may assist in his mother's care three times a week.

BALDWIN must be accompanied by one of his custodians during these visits and during any travel to and from the facility. While away from his home, BALDWIN shall not knowingly communicate with any person under the age of 18 and shall avoid playgrounds, swimming pools, and other places where children are present. All other conditions of release remain in full force and effect.

IT IS SO STIPULATED.

DATED: September 30, 2026

*s/ Marissa Harris*
Marissa Harris
Assistant United States Attorney

DATED: September 30, 2026

*s/ Christopher J. Cannon*
Christopher J. Cannon
Counsel for Todd Baldwin

**IT IS SO ORDERED.**

DATED: October 5, 2026

Virginia K. DeMarchi
Hon. Judge Virginia DeMarchi
United States Magistrate Judge