CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
737 Tehama No. 3
San Francisco, CA 94103
Telephone: (415) 362-6252
Facsimile: (415) 362-6431
chris@sugarmanandcannon.com
Attorney for Defendant, TODD BALDWIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

TODD BALDWIN,

Defendant.

Case No. 5:24-CR-00582-BLF [VKD]

**STIPULATION AND [~~Proposed~~] ORDER MODIFYING PRETRIAL RELEASE CONDITIONS TO ALLOW DEFENDANT TO VISIT HIS MOTHER AT THE HOSPITAL.**

Todd BALDWIN's mother had a fall and is currently being treated at the Swedish Hospital located at 21601 76th Ave W, Edmonds, WA 98026. She is scheduled to have a CT scan at 6:00 p.m. today. Accordingly, the parties stipulate and agree that the defendant, Todd Baldwin, may stay with his mother at the hospital accompanied by his custodian, Greg Baldwin, until the defendant and his family may review the CT scan results with the doctor and discuss them with his mother and other family members. In any event, Baldwin shall leave the hospital no later than 10:30 p.m. and, accompanied by his brother, return home.

While away from his home, Baldwin shall not knowingly communicate with any person under the age of 18 and shall avoid playgrounds, swimming pools, and other places where children are present. All other conditions of release remain in full force and effect.

IT IS SO STIPULATED.

DATED: October 19, 2026

*s/ Marissa Harris*
Marissa Harris
Assistant United States Attorney

DATED: October 19, 2026

*s/ Christopher J. Cannon*
Christopher J. Cannon
Counsel for Todd Baldwin

**IT IS SO ORDERED.** **In future, counsel must email Judge DeMarchi's CRD a copy of requests requiring action, as Judge DeMarchi does not receive ECF notices in this case.**

DATED: October 20, 2026

Virginia K. DeMarchi
Hon. Judge Virginia DeMarchi
United States Magistrate Judge